NATHANIEL R. SPENCER-MORK
California State Bar No. SBN 226886
Assistant Chief Counsel – Fraud Liaison Bureau
SARA DANIELSON
California State Bar No. 290416
Attorney
300 Capitol Mall, 17th Floor
Sacramento, CA 95814
Tel: (916) 492-3428
Email: Sara.Danielson@insurance.ca.gov

*Attorneys for Ricardo Lara, California Insurance Commissioner, on behalf of the State of California*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel*. HARPREET CHIMA,<br><br>Plaintiffs,<br><br>v.<br><br>MARSHALL MEDICAL CENTER,<br><br>Defendant. | No. 2:20-cv-01696-JAM-AC<br><br>**ORDER UNSEALING CASE** |

The State of California ("California"), having declined to intervene in the above-captioned action ("this action") pursuant to Cal. Gov. Code § 12652(c)(6)(B), and Cal. Ins. Code § 1871.7(e)(4)(B), the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the Relator shall serve it upon the defendants;

2. This Order, the Proposed Order, and the Notice of Election by the State of California to Decline Intervention are all unsealed, and the Relator shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon California as provided for in Cal. Gov. Code § 12652(f)(1) and Cal. Ins. Code § 1871.7(f)(3); and

6. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide California with notice of the same, and the Court will provide California with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: October 29, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE